UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THIAMOND KING,

        Petitioner,

vs.                            Case No. 3:09-cv-554-J-12JRK

WALTER A. MCNEIL, et al.,

        Respondents.

### ORDER

1. Petitioner's Notice of Appeal (Doc. #11), construed as a motion for certificate of appealability, is **DENIED**. This case has not been dismissed, but is still pending in this Court. There is not a final order from which he may appeal to the United States Court of Appeals for the Eleventh Circuit.

2. Petitioner, within **THIRTY (30) DAYS** from the date of this Order, shall submit an additional copy of the Petition (with the exhibits) with the above-cited case number on the copy. See Court's Orders (Docs. #6, #10); Court's Order to Show Cause (Doc. #7); Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

Failure to do so will result in the dismissal of this case without further notice. If Petitioner refuses to accept his copy of this Court's Order, this case will be dismissed without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 30TH day of October, 2009.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sc 10/22
c:
Thiamond King