UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THIAMOND KING,

        Petitioner,

vs.                                              Case No. 3:09-cv-554-J-12JRK

WALTER A. MCNEIL, et al.,

        Respondents.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 29, 2009, this Court ordered Petitioner to submit an additional copy of the Petition (with the exhibits) with the above-cited case number on the copy within twenty days. See Court's Order (Doc. #6) (citing Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts). Further, the Court notified Petitioner that failure to do so within the allotted time period would result in the dismissal of the action without further notice. When Petitioner failed to submit the additional copy of the Petition for service of process, this Court entered an Order to Show Cause (Doc. #7), requiring Petitioner to (1) explain why he

failed to respond to this Court's Order; (2) show satisfactory cause why this case should not be dismissed for his lack of prosecution; and (3) submit the additional copy of the Petition for service of process. Court's Order to Show Cause (Doc. #7), filed July 27, 2009. Further, the Court noted that "[s]ince Petitioner has a pending case before this Court, it is imperative that Petitioner stay abreast of the progress of this case and respond to this Court's Orders." Id. at 2. When Petitioner responded that he needed a copy of page two of the Petition to comply with the Court's Orders, see Responses (Docs. #8, #9), this Court directed the Clerk to provide Petitioner with a copy of page two and again ordered Petitioner to submit a copy of the Petition for service of process. See Court's Order (Doc. #10), filed October 16, 2009.

Thereafter, Petitioner filed a Notice of Appeal (Doc. #11). Construing the Notice of Appeal as a motion for certificate of appealability, this Court notified Petitioner that the case is still pending and that there is not a final order from which he may appeal to the United States Court of Appeals for the Eleventh Circuit. See Court's Order (Doc. #13), filed November 2, 2009. Again, the Court ordered Petitioner to submit an additional copy of the Petition (with exhibits) within thirty days. Further, the Court again notified Petitioner that his failure to do so within the allotted time period would result in the dismissal of the case without further notice. See id. at 2. As of the date of this

Order, Petitioner has not submitted the additional copy of the Petition for service of process nor has he explained his failure to do so.

In sum, since June 29, 2009, Petitioner has been given numerous opportunities to comply with this Court's Orders (Docs. #6, #7, #10, #13). Over five months later, Petitioner still has not complied. Further, the Court has informed Petitioner that since he has a pending case before this Court, it is imperative that he stay abreast of the progress of this case and respond to this Court's Orders. Due to Petitioner's failure to comply with the Court's Orders and his failure to explain why he has not been able to do so, this case will be dismissed without prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court shall enter judgment **dismissing this case without prejudice** and shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 16TH day of December, 2009.

UNITED STATES DISTRICT JUDGE

sc 12/16
c:
Thiamond King

3